IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ARBEY TORRES, JR.,**

    **Plaintiff,**

v.                        Case No. 3:10cv00245-RS/EMT

**JANET NAPOLITANO,
SECRETARY,
DEPARTMENT OF HOMELAND SECURITY,**

    **Defendant.**
_____/

## ORDER

The relief requested by Defendant's Unopposed Motion To Seal Documents (Doc. 29) is **granted**.

**ORDERED** on August 17, 2011.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK
                                    UNITED STATES DISTRICT JUDGE**