IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


ARBEY TORRES, JR.,

    Plaintiff,

v.     Case No. 3:10cv245-RS/EMT

JANET NAPOLITANO, SECRETARY,
DEPARTMENT OF HOMELAND SECURITY,

    Defendant.
_____/

## ORDER

Defendant's Motion For Summary Judgment (Doc. 27) is denied as moot.


**ORDERED** on August 25, 2011.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**